# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JENNA THURMOND, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO.: <u>1:14-cv-0822-ODE</u> |
| BAYER HEALTHCARE ) | |
| PHARMACEUTICAL, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## <u>JOINT PRELIMINARY REPORT AND DISCOVERY PLAN</u>

1. **<u>Description of Case:</u>**

   (a)   Describe briefly the nature of this action.

   Defendant Bayer distributes an intrauterine contraceptive ("IUS") known as Mirena®. Plaintiff alleges she experienced injuries due to Mirena.® Bayer denies that Plaintiff experienced these injuries due to Mirena®

   (b)   Summarize, in the space provided below, the facts of this case. The summary should not be argumentative nor recite evidence.

**PLAINTIFFS' SUMMARY OF CLAIMS**

Plaintiff's summary of claims is laid out with explicit detail in her Complaint. For purposes of brevity, Plaintiff was injured by Mirena® ("Mirena"), levonorgestrel-releasing *intrauterine system*) ("IUS"). She alleges that her injuries stem not from the device itself (which is the subject of *In re: Mirena IUD Products*

112650.1

Respectfully submitted this 23rd day of May, 2014.

/s/ Lawrence L. Jones, II  /s/ Seth A. Litman
(by SAL with express permission)  Counsel for Defendant
Counsel for Plaintiff

**FILED IN CHAMBERS**
U.S.D.C. - Atlanta

JUN 11 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

## SCHEDULING ORDER

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan form completed and filed by the parties, the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified:

Please see each party's proposal attached hereto.
The Court adopts Defendants' proposal

IT IS SO ORDERED, this __10__ day of __June__, 2014

_____
**JUDGE ORINDA D. EVANS**
**U.S. District Court Northern District of Georgia**

-18-

112650.1