IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JENNA THURMOND,<br><br>    Plaintiff,<br><br>v.<br><br>BAYER HEALTHCARE<br>PHARMACEUTICAL, INC.,<br><br>    Defendant. | CIVIL ACTION FILE<br>NO.: <u>1:14-cv-0822-ODE</u> |

## DEFENDANT'S PROPOSED SCHEDULING ORDER

This Proposed Scheduling Order is submitted by the Defendant. This Scheduling Order is without prejudice to the right of any party to seek an extension of any deadlines governed by this Order from the Court for good cause shown.

1. May 28, 2014: DISCOVERY COMMENCES. Plaintiff to produce executed Medical Authorizations to Defendant and a preliminary list of medical providers to permit the Defendant to begin to obtain Plaintiff's medical records. Defendant agrees to copy Plaintiff on all requests for medical records in which the authorization is used.

2. June 27, 2014: Amendments and Supplemental pleadings will be filed.

3. November 28, 2014: END OF FACT DISCOVERY. Depositions of all case-specific fact witnesses and treating physicians not specifically

identified in discovery as expert witnesses must be completed on or before this date.

4. January 30, 2015: By this date, Plaintiff shall designate all experts who are expected to testify at the time of trial, all experts used for consultation and those who are not expected to testify at trial, but whose opinions or impressions have been reviewed by a testifying expert. Plaintiff shall include appropriate and complete disclosure of the reports and opinions of their experts, as required pursuant to Fed.R.Civ.P. 26.

5. March 31, 2015: DEPOSITIONS OF PLAINTIFF'S EXPERTS. Plaintiff's experts shall be made available for discovery deposition on or before this date.

6. April 30, 2015: DEFENDANT'S EXPERTS. By this date, Defendant shall designate all experts who are expected to testify at the time of trial, all experts used for consultation and those who are not expected to testify at trial, but whose opinions or impressions have been reviewed by a testifying expert. Defendant shall include appropriate and complete disclosure of the reports and opinions of their experts, as required pursuant to Fed.R.Civ.P. 26.

7. June 30, 2015: DEPOSITIONS OF DEFENSE EXPERTS. The Defendant's case-specific experts shall be made available for discovery deposition on or before this date.

8. July 30, 2015: DISPOSITIVE AND OTHER PRETRIAL MOTIONS. On or before this date, the parties shall file any dispositive or other pretrial motions, including *Daubert* Motions, with the Court. Form, timing of responses and timing of reply briefs for all motions shall be governed by LR 7.1 NDGa.

9. October 30, 2015: WITNESS LISTS and TESTIMONY BY DEPOSITION. Plaintiff shall file and serve realistic page/line designations for all deposition testimony that they intend to offer at trial except counter-designations to Defendant's designations.

10. November 15, 2015: 26(a)(3) OBJECTIONS. All motions *in limine* shall be filed by this date. Form, timing of responses and timing of reply briefs shall be governed by LR 7.1 NDGa. Defendant shall file and serve page/line designation objections to Plaintiff's designations and realistic counter-designations of deposition testimony by this date.

11. PRETRIAL CONFERENCE. Upon completion of the foregoing deadlines, the Court shall schedule a Pretrial Conference.

12. TRIAL SETTING. The trial of this case shall be set in accordance with the Court's calendar in December 2015.

13. The deadlines contained herein may be altered or amended by written agreement of the parties.

This ˡ⁰ day of ~~May~~ June, 2014.

IT IS SO ORDERED, this 10 day of June, 2014

**JUDGE ORINDA D. EVANS**
**U.S. District Court Northern District of Georgia**

Submitted by:

Seth A. Litman
Georgia Bar No. 454060
Erin L. Brooks
Georgia Bar No. 996936
Thompson Hine, LLP
Two Alliance Center
3560 Lenox Road
Suite 1600
Atlanta, Georgia 30326
404-541-2900
404-541-2905 (fax)
Seth.Litman@ThompsonHine.com
Erin.Brooks@ThompsonHine.com

Attorneys for the Defendant