**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| JENNA THURMOND,<br><br>   Plaintiff,<br><br>v.<br><br>BAYER HEALTHCARE PHARMACEUTICALS INC.,<br><br>   Defendant. | CIVIL ACTION FILE<br>NO. 1:14-cv-00822-ODE |

## L.R. 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

COMES NOW Defendant Bayer Healthcare Pharmaceuticals, Inc., ("Defendant") and files this Certificate, pursuant to Local Rule 5.4 for the Northern District of Georgia, stating that Defendant has this day served Plaintiff's counsel with true and correct copies of *Bayer Healthcare Pharmaceuticals, Inc.'s Amended Cross-Notice of Oral and Videotaped Deposition of William Russell Thomas*, by electronic mail and by causing same to be deposited in the U.S. First Class Mail with adequate postage affixed thereon to ensure proper delivery and addressed as follows:

Roger W. Orlando, Esq.
**THE ORLANDO FIRM, P.C.**
Decatur Court, Suite 400
315 W. Ponce de Leon Avenue
Decatur, Georgia 30030
*roger@orlandofirm.com*

115082.1

Lawrence L. Jones, II, Esq.
A. Layne Stackhouse, Esq.
**JONES WARD, PLC**
312 S. Fourth Street
6th Floor
Louisville, KY 40202
larry@jonesward.com
layne@jonesward.com

This 11th day of July 2014.

      By: */s/ Seth A. Litman*
        Seth A. Litman
        Georgia Bar No. 454060
        Erin L. Brooks
        Georgia Bar No. 996936
        **THOMPSON HINE LLP**
        Two Alliance Center
        3560 Lenox Road, Suite 1600
        Atlanta, Georgia 30326
        Telephone:  (404) 541-2900
        Fax:  (404) 541-2905
        seth.litman@thompsonhine.com
        erin.brooks@thompsonhine.com

        *Attorneys for Bayer HealthCare Pharmaceuticals, Inc.*

115082.1

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing L.R. 5.4 CERTIFICATE OF SERVICE OF DISCOVERY with the Clerk of Court using the CM/ECF system which will send automatic notification of such filing to the following attorneys of record:

Roger W. Orlando, Esq.
**THE ORLANDO FIRM, P.C.**
Decatur Court
Suite 400
315 W. Ponce de Leon Avenue
Decatur, Georgia 30030
roger@orlandofirm.com

Lawrence L. Jones, II
**JONES WARD, PLC**
312 S. Fourth Street
6th Floor
Louisville, Kentucky 40202
larry@jonesward.com

This 11th day of July 2014.

                                                           /s/ Seth A. Litman
                                                         Seth A. Litman
                                                         Georgia Bar No. 454060