# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JENNA THURMOND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO.: 1:14-cv-0822-ODE |
| BAYER HEALTHCARE ) | |
| PHARMACEUTICAL, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## LR 5.4 CERTIFICATE OF SERVICE OF DISCOVERY MATERIAL

Per Local Rule 5.4, Plaintiff files this Certificate of Service of Discovery Material stating that on November 26, 2014, Plaintiff served Defendant with true and correct copies of *Plaintiff's Objection to Cross-Notices of Video Depositions of Catherine Holtz, Herm Cukier, and Sharon Brown* by electronic mail, addressed to the following:

> Seth A. Litman
> Erin L. Brooks
> **THOMPSON HINE LLP**
> Two Alliance Center
> 3560 Lenox Road, Suite 1600
> Atlanta, Georgia 30326
> seth.litman@thompsonhine.com
> erin.brooks@thompsonhine.com
>
> Rochelle R. Breier
> Wendy West Feinstein
> ECKERT SEAMANS CHERIN & MELLOTT
> 600 Grant Street

44th Floor
Pittsburgh, PA 15219
WFeinstein@eckertseamans.com
rbreier@eckertseamans.com

Dated: November 26, 2014

                    Respectfully submitted,

                    */s/Lawrence L. Jones II*
                    **JONES WARD PLC**
                    Lawrence L. Jones, II
                    *Admitted Pro Hac Vice*
                    Marion E. Taylor Building
                    312 S. Fourth Street, 6th Floor
                    Louisville, Kentucky 40202
                    Telephone: (502) 882-6000
                    larry@jonesward.com

                    Roger W. Orlando, Esq.
                    **The ORLANDO Firm, P.C.**
                    Ga. State Bar No. 554295
                    Decatur Court, Suite 400
                    315 W. Ponce de Leon Avenue
                    Decatur, Georgia 30030
                    T: (404) 373-1800
                    roger@orlandofirm.com

                    **COUNSEL FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed via the ECF/CM system with the Clerk of Court, which will have sent notice to the following attorneys of record in this matter on November 26, 2014:

Seth A. Litman
Erin L. Brooks
**THOMPSON HINE LLP**
Two Alliance Center
3560 Lenox Road, Suite 1600
Atlanta, Georgia 30326
seth.litman@thompsonhine.com
erin.brooks@thompsonhine.com

Rochelle R. Breier
Wendy West Feinstein
**ECKERT SEAMANS CHERIN & MELLOTT**
600 Grant Street
44th Floor
Pittsburgh, PA 15219
WFeinstein@eckertseamans.com
rbreier@eckertseamans.com

*Attorneys for Defendant Bayer Healthcare Pharmaceuticals Inc.*

/s/Lawrence L. Jones II