# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JENNA THURMOND,<br><br>   Plaintiff,<br><br>v.<br><br>BAYER HEALTHCARE PHARMACEUTICALS INC.,<br><br>   Defendant. | CIVIL ACTION FILE<br>NO. 1:14-cv-00822-ODE |

## L.R. 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

  COMES NOW Bayer Healthcare Pharmaceuticals, Inc. ("Defendant"), and files this Certificate, pursuant to Local Rule 5.4 for the Northern District of Georgia, stating Defendant has this day served Plaintiff Jenna Thurmond, with a true and correct copy of Defendant's *Cross-Notice of Video Deposition of Marty Grill*, by electronic mail and by depositing same in the U.S. First Class Mail with adequate postage affixed thereon to ensure proper delivery and addressed as follows:

| | |
|---|---|
| Roger W. Orlando, Esq.<br>**THE ORLANDO FIRM, P.C.**<br>Decatur Court, Suite 400<br>315 W. Ponce de Leon Avenue<br>Decatur, Georgia 30030<br>roger@orlandofirm.com | Lawrence L. Jones, II<br>A. Layne Stackhouse<br>Lauren Horner<br>**JONES WARD, PLC**<br>312 S. Fourth Street, 6th Floor<br>Louisville, KY 40202<br>larry@jonesward.com<br>layne@jonesward.com<br>lauren@jonesward.com |

122121.1

This 12th day of January 2015.

>By:  */s/ Seth A. Litman*
>     Seth A. Litman
>     Georgia Bar No. 454060
>     Erin L. Brooks
>     Georgia Bar No. 996936
>     **THOMPSON HINE LLP**
>     Two Alliance Center
>     3560 Lenox Road, Suite 1600
>     Atlanta, Georgia 30326
>     Telephone:  (404) 541-2900
>     Fax:  (404) 541-2905
>     *Seth.Litman@ThompsonHine.com*
>     *Erin.Brooks@ThompsonHine.com*
>
>     -and-
>
>     Rochelle R. Breier *(admitted pro hac vice)*
>     Wendy West Feinstein *(admitted pro hac vice)*
>     ECKERT SEAMANS CHERIN & MELLOTT, LLC
>     600 Grant Street, 44th Floor
>     Pittsburgh, Pennsylvania 15219
>     Telephone: (412) 566-6071
>     Fax: (412) 566-6099
>     *rbreiereeckertseamans.com*
>     *wfeinsteineeckertseamans.com*
>
>     *Attorneys for Defendant*
>     *Bayer HealthCare Pharmaceuticals, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing L.R. 5.4 CERTIFICATE OF SERVICE OF DISCOVERY with the Clerk of Court using the CM/ECF system which will send automatic notification of such filing to the following attorneys of record:

Roger W. Orlando, Esq.
**THE ORLANDO FIRM, P.C.**
Decatur Court
Suite 400
315 W. Ponce de Leon Avenue
Decatur, Georgia 30030
*roger@orlandofirm.com*

Lawrence L. Jones , II
**JONES WARD, PLC**
312 S. Fourth Street
6th Floor
Louisville, Kentucky 40202
*larry@jonesward.com*

This 12th day of January 2015.

      */s/ Seth A. Litman*
      Seth A. Litman
      Georgia Bar No. 454060

122121.1